UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PAYTON, et al.,<br><br>    Defendants. | Case No. 20-cv-03086-BLF (PR)<br><br>**ORDER DENYING MOTION TO ENFORCE STIPULATION**<br><br><br><br>(Docket No. 39) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of San Quentin State Prison ("SQSP"). The Court dismissed the original and first amended complaints to correct various deficiencies. Dkt. Nos. 12, 22. Plaintiff filed a second amended complaint on July 11, 2022. Dkt. No. 38. Plaintiff also filed a "petition/motion to enforce Archer Stipulation, Contempt by SCC Sheriff and Stay of Cases." Dkt. No. 39. Plaintiff requests this Court to "schedule a hearing, initiate contempt proceedings, and otherwise enforce a consent decree to provide Plaintiff Pro Per Services pursuant to *People v. Leo Archer*, No. 167679, Amended Stipulation ("Archer")." *Id.* at 1.

The Court is unfamiliar with the "Archer Stipulation," and Plaintiff has not provided a copy of it. Nevertheless, it does not appear that this Court has authority to

grant the relief he seeks based on a state court matter. Furthermore, Plaintiff has not identified what "pro per services" he needs with respect to this case to proceed. Rather, despite the denial of such services, Plaintiff has managed to file a second amended complaint. Accordingly, the motion is DENIED without prejudice to Plaintiff to seek a remedy in state court.

This order terminates Docket No. 39.

**IT IS SO ORDERED.**

Dated: ___**July 15, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion to Enforce Stipulation
PRO-SE\BLF\CR.20\03086Khan_deny-stip

2