UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PAYTON,<br><br>    Defendant. | Case No. 20-03086 BLF (PR)<br><br>**ORDER GRANTING MOTION TO CORRECT ERRONEOUS FILING**<br><br><br>(Docket No. 44) |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an officer at San Quentin State Prison. Dkt. No. 1. Plaintiff has filed a second amended complaint which will be screened in due course. Skt. No. 38.

Defendant has noticed the Court regarding an erroneous filing at ECF No. 41, and requests the Clerk's assistance. Dkt. No. 44. Defendant intended to file an opposition to Plaintiff's motion for an injunction, but erroneously filed an answer intended for another, unrelated case. *Id.*

For good cause shown Defendant's motion is **GRANTED**. The Clerk is directed to remove the original document filed under ECF No. 41, and replace it with the document attached to Defendant's declaration as Exhibit A. Dkt. No. 44.

This order terminates Docket No. 44.

**IT IS SO ORDERED.**

**Dated: ____July 28, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion
PRO-SE\BLF\CR.20\03086Khan_motion2correct