United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

Plaintiff,

v.

M. PAYTON,

Defendant.

Case No. 20-cv-03086 BLF (PR)

**ORDER ADDRESSING REQUEST FOR RESOURCES; INSTRUCTIONS TO CLERK**

(Docket No. 47)

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an officer at San Quentin State Prison. Dkt. No. 1. Plaintiff has filed a second amended complaint which will be screened in due course. Skt. No. 38.

Plaintiff has recently filed an ex-parte request for a copy of the Federal Rules of Civil Procedure and the Civil Local Rules. Dkt. No. 47. The Court notes that Plaintiff is currently housed at the Santa Clara County Jail and has attempted to get “Pro Per Status.” Dkt. No. 29. Pro Per status should enable Plaintiff to access certain legal resources at the Jail. Accordingly, Plaintiff’s request is DENIED to seeking the legal material from the Jail after establishing Pro Per status, if he has not already done so.

To assist Plaintiff, the Clerk shall send Plaintiff a copy of the docket of this action, so that Plaintiff can provide proof that he is litigating this matter in *pro se* to the Jail.

United States District Court
Northern District of California

This order terminates Docket No. 47.

**IT IS SO ORDERED.**

**Dated: ___August 22, 2022_______**

BETH LABSON FREEMAN
United States District Judge

Order Addressing Request
PRO-SE\BLF\CR.20\03086Khan_req.resources