IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMAD KHAN,** | Case No. 5:20-cv-03086-BLF (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO CHANGE THE TIME FOR A DISPOSITIVE MOTION** |
| v. | |
| **M. PAYTON, et al.,** | |
| Defendants. | |

    Defendants have moved to extend the deadline for their summary-judgment motion by 63 days.  Good cause having been shown, the Court grants the request.  Defendants' summary-judgment motion shall be filed by November 14, 2023.  Plaintiff's opposition to Defendants' motion shall be filed no later than twenty-eight (28) days from the date Defendants' motion is filed.  Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed.

Dated: ___September 14, 2023_____

                                                                                    The Honorable Beth Labson Freeman