UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PAYTON, et al.,<br><br>    Defendants. | Case No. 20-cv-03086-BLF (PR)<br><br>**ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 84) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of San Quentin State Prison ("SQSP"). On November 15, 2023, Defendants filed a motion for summary judgment. Dkt. No. 72.

Plaintiff has filed a motion for a third extension of time to file opposition, citing religious holiday observances and pending discovery matters. Dkt. No. 84. Good cause appearing, the motion is **GRANTED**. Plaintiff's opposition shall be filed **no later than May 31, 2024**. Defendants shall file a reply **within fourteen (14) days** from the date Plaintiff's opposition is due.

This order terminates Docket No. 84.

**IT IS SO ORDERED.**

Dated:  __**April 8, 2024**_____                                  _____
                                                                                                    BETH LABSON FREEMAN
                                                                                                    United States District Judge

Order Granting Mot. for Third EOT to File Opp.
PRO-SE\BLF\CR.20\03086Khan_eot-opp3