UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>M. PAYTON, et al.,<br><br>    Defendants. | Case No. 20-cv-03086-BLF (PR)<br><br>**ORDER GRANTING MOTION FOR FOURTH AND FINAL EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 86) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of San Quentin State Prison ("SQSP"). On November 15, 2023, Defendants filed a motion for summary judgment. Dkt. No. 72. In the last order, the Court granted Plaintiff a third extension of time to file an opposition by May 31, 2024. Dkt. No. 85.

On May 20, 2024, Plaintiff filed a motion for a fourth extension of time to file opposition, citing pending discovery matters and extra time needed to write due to pain in his hand and wrist. Dkt. No. 86. Plaintiff asserts that he has spoken with Defendants' counsel who did not oppose his request to extend the time. *Id.* at 1-2. Good cause appearing and in the absence of any opposition from Defendants, the motion is **GRANTED**. Plaintiff's opposition shall be filed **no later than July 29, 2024.** However,

because this is now Plaintiff's fourth request and he has already been granted a significant amount of time to prepare an opposition to Defendants' summary judgment which has been pending for over six months, this shall be his final extension of time. **No further extensions of time shall be granted.**

Defendants shall file a reply **within fourteen (14) days** from the date Plaintiff's opposition is due.

This order terminates Docket No. 86.

**IT IS SO ORDERED.**

Dated: __May 30, 2024____

 _____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for Fourth EOT to File Opp.
PRO-SE\BLF\CR.20\03086Khan_eot-opp4