UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>M. PAYTON, et al.,<br><br>   Defendants. | Case No. 20-cv-03086-BLF (PR)<br><br>**ORDER CONFIRMING BRIEFING SCHEDULE** |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of San Quentin State Prison ("SQSP"). On November 15, 2023, Defendants filed a motion for summary judgment. Dkt. No. 72. On August 5, 2024, the Court requested the parties to file notice whether they agree or disagree to a referral to settlement proceedings to attempt to resolve this matter. Dkt. No. 92.

On August 8, 2024, Defendants replied that they disagreed to a referral. Dkt. No. 93. Plaintiff has yet to file a response, but it matters not since all parties had to agree to the referral. Accordingly, the current filing date for Plaintiff's opposition, i.e., September 23, 2024, and Defendants' reply deadline of fourteen days thereafter remains unchanged.

Plaintiff is reminded that **no further extensions of time shall be granted**.

**IT IS SO ORDERED.**

Dated:  __August 12, 2024____                               _____
                                                                                           BETH LABSON FREEMAN
                                                                                           United States District Judge

Order Confirming Briefing Schedule
PRO-SE\BLF\CR.20\03086Khan_brief.no-change