UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

      Plaintiff,

v.

M. PAYTON, et al.,

      Defendants.

Case No. 20-cv-03086 BLF (PR)

**JUDGMENT**

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: __September 25, 2024___

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\03086Khan_judgment